**Exhibit A to the Complaint**

**Location:** New York, NY  
**Total Works Infringed:** 25

**IP Address:** 71.167.53.52  
**ISP:** Verizon Fios

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | D088D4B9015C2F8C1DD23A4813A08B216F428399 | 04/25/2019 07:07:21 | Blacked Raw | 04/22/2019 | 06/03/2019 | PA0002178771 |
| 2 | 0583CA1C4072145CCCC6BEAC22DAA306E125D32B | 03/26/2019 19:17:51 | Blacked Raw | 03/23/2019 | 04/08/2019 | PA0002164877 |
| 3 | 0B007777C9D46F02DF52BFC63F36E3413CDDF588 | 10/07/2018 19:27:33 | Blacked | 10/07/2018 | 10/16/2018 | PA0002127790 |
| 4 | 35DB5848353DBB38DB895E2103028DB940A8EF1F | 11/27/2018 17:43:41 | Vixen | 10/21/2018 | 11/25/2018 | PA0002136633 |
| 5 | 3C681622E5111A0DF48D7E1B99D43CB7E089F835 | 02/23/2019 23:53:30 | Blacked Raw | 02/21/2019 | 04/29/2019 | PA0002170356 |
| 6 | 43AA8E29D248BD63C9EE0A8EAF9D8B4ADA089C22 | 02/04/2019 03:50:32 | Blacked Raw | 12/28/2018 | 02/02/2019 | PA0002155006 |
| 7 | 4B5E60BEAB908B22A619C51BFE1CA256D22CB876 | 01/06/2019 23:06:47 | Tushy | 01/01/2019 | 02/02/2019 | PA0002155376 |
| 8 | 56502222833E23C38737D072A74A9DACD85BFCC5 | 11/08/2018 17:16:28 | Blacked | 11/06/2018 | 11/25/2018 | PA0002136603 |
| 9 | 579D4AA8DA1D6EF40E0B8A8E0FEAF3827040BC67 | 12/02/2018 02:32:37 | Blacked Raw | 11/28/2018 | 01/22/2019 | PA0002149836 |
| 10 | 624A1332AAFA93159FAE818A85963F4110145A7C | 03/06/2019 06:57:07 | Vixen | 03/05/2019 | 03/31/2019 | PA0002163982 |
| 11 | 62906BB416FDB39E6D89567E554265F4675FA366 | 12/25/2018 23:08:05 | Blacked Raw | 12/20/2018 | 01/22/2019 | PA0002147906 |
| 12 | 66FFBE0D7F8DF62BA9F1C88322C65E92099898FE | 01/14/2019 19:12:33 | Tushy | 12/07/2018 | 01/22/2019 | PA0002149849 |
| 13 | 74B17221EBE9407AE907992D7D10932F8CBB01EC | 10/04/2018 20:32:04 | Blacked Raw | 10/04/2018 | 10/16/2018 | PA0002127787 |
| 14 | 8B2548496AD120D1FD096380F223C0C37D42B2B1 | 01/18/2019 06:37:09 | Blacked Raw | 01/17/2019 | 02/22/2019 | PA0002155141 |
| 15 | 95660919DA043BF36F6392C09C80D94D2F1CB43D | 10/22/2018 01:10:30 | Blacked Raw | 10/19/2018 | 11/25/2018 | PA0002136715 |
| 16 | 9DAD376DBC4A7D3F191165C957EE98D96C20C32A | 10/23/2018 21:14:37 | Tushy | 10/18/2018 | 11/25/2018 | PA0002136724 |
| 17 | B24CF93F1B70BB20849E2ED96396F94C1963DA29 | 12/18/2018 20:14:50 | Tushy | 12/17/2018 | 02/02/2019 | PA0002155393 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | BA5992EF282C95F2A6CBE045F25C6D39F676D617 | 04/11/2019 14:10:46 | Blacked | 04/10/2019 | 05/11/2019 | PA0002173883 |
| 19 | C056BA3BB10E728B283163C4DC084C81937D9D28 | 11/27/2018 17:36:59 | Blacked | 11/26/2018 | 12/18/2018 | PA0002141922 |
| 20 | C0E85250C4665B97E6430774E95F95EEF1572F2C | 04/10/2019 06:31:10 | Vixen | 04/09/2019 | 04/29/2019 | PA0002169963 |
| 21 | C9F33CBBA97AD447098DDEBA78E24020D3938C10 | 01/08/2019 05:24:44 | Blacked | 12/31/2018 | 01/22/2019 | PA0002147686 |
| 22 | D089BB27F113F62989CF44E391964D843D0EF73B | 10/23/2018 21:17:25 | Tushy | 10/13/2018 | 11/01/2018 | PA0002143435 |
| 23 | D5A09ECB87FF4F8BFED419CB46E530D68453CD1D | 02/23/2019 22:28:18 | Blacked Raw | 02/16/2019 | 03/11/2019 | PA0002158595 |
| 24 | EAA8A5DEE2A6FFFBA8FF49131DB25753F03B98C4 | 10/06/2018 23:37:22 | Vixen | 10/06/2018 | 11/01/2018 | PA0002141493 |
| 25 | FA9BE70B60100E1FB6497E88375FE7D0EF98520E | 11/19/2018 22:22:57 | Blacked | 11/16/2018 | 11/25/2018 | PA0002136637 |