AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | | COURT NAME AND LOCATION<br>U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>500 PEARL STREET, NEW YORK, N.Y. 10007 |
|---|---|---|
| DOCKET NO.<br>19-cv-05861-ALC | DATE FILED<br>6/21/2019 | |
| PLAINTIFF<br>Strike 3 Holdings, LLC | | DEFENDANT<br>John Doe<br>subscriber assigned IP address 71.167.53.52 |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | See Attached List | See Attached List | See Attached List |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | See Attached List | See Attached List | See Attached List |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☑ No | DATE RENDERED<br>11/1/2019 |
|---|---|---|
| CLERK<br>Ruby J. Krajick | (BY) DEPUTY CLERK<br>s/K.Mango | DATE<br>11/4/2019 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Exhibit A to the Complaint**

**Location:** New York, NY  
**Total Works Infringed:** 25

**IP Address:** 71.167.53.52  
**ISP:** Verizon Fios

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | D088D4B9015C2F8C1DD23A4813A08B216F428399 | 04/25/2019 07:07:21 | Blacked Raw | 04/22/2019 | 06/03/2019 | PA0002178771 |
| 2 | 0583CA1C4072145CCCC6BEAC22DAA306E125D32B | 03/26/2019 19:17:51 | Blacked Raw | 03/23/2019 | 04/08/2019 | PA0002164877 |
| 3 | 0B007777C9D46F02DF52BFC63F36E3413CDDF588 | 10/07/2018 19:27:33 | Blacked | 10/07/2018 | 10/16/2018 | PA0002127790 |
| 4 | 35DB5848353DBB38DB895E2103028DB940A8EF1F | 11/27/2018 17:43:41 | Vixen | 10/21/2018 | 11/25/2018 | PA0002136633 |
| 5 | 3C681622E5111A0DF48D7E1B99D43CB7E089F835 | 02/23/2019 23:53:30 | Blacked Raw | 02/21/2019 | 04/29/2019 | PA0002170356 |
| 6 | 43AA8E29D248BD63C9EE0A8EAF9D8B4ADA089C22 | 02/04/2019 03:50:32 | Blacked Raw | 12/28/2018 | 02/02/2019 | PA0002155006 |
| 7 | 4B5E60BEAB908B22A619C51BFE1CA256D22CB876 | 01/06/2019 23:06:47 | Tushy | 01/01/2019 | 02/02/2019 | PA0002155376 |
| 8 | 56502222833E23C38737D072A74A9DACD85BFCC5 | 11/08/2018 17:16:28 | Blacked | 11/06/2018 | 11/25/2018 | PA0002136603 |
| 9 | 579D4AA8DA1D6EF40E0B8A8E0FEAF3827040BC67 | 12/02/2018 02:32:37 | Blacked Raw | 11/28/2018 | 01/22/2019 | PA0002149836 |
| 10 | 624A1332AAFA93159FAE818A85963F4110145A7C | 03/06/2019 06:57:07 | Vixen | 03/05/2019 | 03/31/2019 | PA0002163982 |
| 11 | 62906BB416FDB39E6D89567E554265F4675FA366 | 12/25/2018 23:08:05 | Blacked Raw | 12/20/2018 | 01/22/2019 | PA0002147906 |
| 12 | 66FFBE0D7F8DF62BA9F1C88322C65E92099898FE | 01/14/2019 19:12:33 | Tushy | 12/07/2018 | 01/22/2019 | PA0002149849 |
| 13 | 74B17221EBE9407AE907992D7D10932F8CBB01EC | 10/04/2018 20:32:04 | Blacked Raw | 10/04/2018 | 10/16/2018 | PA0002127787 |
| 14 | 8B2548496AD120D1FD096380F223C0C37D42B2B1 | 01/18/2019 06:37:09 | Blacked Raw | 01/17/2019 | 02/22/2019 | PA0002155141 |
| 15 | 95660919DA043BF36F6392C09C80D94D2F1CB43D | 10/22/2018 01:10:30 | Blacked Raw | 10/19/2018 | 11/25/2018 | PA0002136715 |
| 16 | 9DAD376DBC4A7D3F191165C957EE98D96C20C32A | 10/23/2018 21:14:37 | Tushy | 10/18/2018 | 11/25/2018 | PA0002136724 |
| 17 | B24CF93F1B70BB20849E2ED96396F94C1963DA29 | 12/18/2018 20:14:50 | Tushy | 12/17/2018 | 02/02/2019 | PA0002155393 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | BA5992EF282C95F2A6CBE045F25C6D39F676D617 | 04/11/2019 14:10:46 | Blacked | 04/10/2019 | 05/11/2019 | PA0002173883 |
| 19 | C056BA3BB10E728B283163C4DC084C81937D9D28 | 11/27/2018 17:36:59 | Blacked | 11/26/2018 | 12/18/2018 | PA0002141922 |
| 20 | C0E85250C4665B97E6430774E95F95EEF1572F2C | 04/10/2019 06:31:10 | Vixen | 04/09/2019 | 04/29/2019 | PA0002169963 |
| 21 | C9F33CBBA97AD447098DDEBA78E24020D3938C10 | 01/08/2019 05:24:44 | Blacked | 12/31/2018 | 01/22/2019 | PA0002147686 |
| 22 | D089BB27F113F62989CF44E391964D843D0EF73B | 10/23/2018 21:17:25 | Tushy | 10/13/2018 | 11/01/2018 | PA0002143435 |
| 23 | D5A09ECB87FF4F8BFED419CB46E530D68453CD1D | 02/23/2019 22:28:18 | Blacked Raw | 02/16/2019 | 03/11/2019 | PA0002158595 |
| 24 | EAA8A5DEE2A6FFFBA8FF49131DB25753F03B98C4 | 10/06/2018 23:37:22 | Vixen | 10/06/2018 | 11/01/2018 | PA0002141493 |
| 25 | FA9BE70B60100E1FB6497E88375FE7D0EF98520E | 11/19/2018 22:22:57 | Blacked | 11/16/2018 | 11/25/2018 | PA0002136637 |